```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                              :
PHILADELPHIA INDEMNITY INSURANCE  :
COMPANY,                                       :
                                              :       1:23-cv-4101-GHW
                                 Plaintiff,   :
                                              :             <u>ORDER</u>
                   -v -                           :
                                              :
SOUTH BRONX OVERALL ECONOMIC      :
DEVELOPMENT CORPORATION *d/b/a*    :
SOBRO, *et al.*,                                   :
                                              :
                             Defendants.   :
                                              :
------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

     In the Court's order dated May 22, 2023, Dkt. No. 13, the parties were directed to submit a joint status letter to the Court no later than July 17, 2023. The Court has not received that letter. The parties are directed to comply with the Court's May 22, 203 order forthwith.

     Plaintiff is directed to serve a copy of this order on Defendants and to retain proof of service.

     SO ORDERED.

Dated: July 19, 2023
         New York, New York

                                                                            _____
                                                                              GREGORY H. WOODS
                                                                  United States District Judge