```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
PHILADELPHIA INDEMNITY INSURANCE :
COMPANY, :
                              Plaintiff, :    1:23-cv-04101-GHW
          -v – :
 :    ORDER
SOUTH BRONX OVERALL ECONOMIC :
DEVELOPMENT CORPORATION, *d/b/a Sobro,* :
*et al.*, :
:
                           Defendants. :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    As stated on the record during the December 8, 2023 conference, the Court finds good cause to stay this action pending the resolution of the motion to vacate default judgment in the underlying action in the New York Supreme Court, Bronx County. Defendants South Bronx Overall Economic Development Corporation ("Sobro") and BUFNY II Associates, L.P.'s ("BUFNY") deadline to respond to the complaint is adjourned *sine die* pending the lifting of the stay. Defendants Sobro and BUFNY are directed to file their Rule 7.1 disclosures within **seven days** of this order.

    The parties are directed to submit a joint status update on the underlying action within fourteen days of the decision by the New York Supreme Court on the pending motion to vacate default judgment or **by March 8, 2024**, whichever is earlier.

    The Clerk of Court is directed to terminate all pending deadlines and stay this case.

    SO ORDERED.

Dated: December 8, 2023
       New York, New York

                                                                   GREGORY H. WOODS
                                                    United States District Judge