```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
:
PHILADELPHIA INDEMNITY INSURANCE       :
COMPANY,                               :
:                1:23-cv-4101-GHW
Plaintiff,       :
:                    ORDER
-v -                    :
:
SOUTH BRONX OVERALL ECONOMIC           :
DEVELOPMENT CORPORATION d/b/a          :
SOBRO, et al.,                         :
:
Defendants.      :
:
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The parties' request for an extension of time to complete fact discovery, Dkt. No. 52, is granted. The deadline for the completion of all fact discovery is extended to November 30, 2024. The parties represent that their requested extension "is not expected to impact any other deadlines." Accordingly, except as expressly modified by this order, the case management plan entered by the Court on June 21, 2024, Dkt. No. 48, remains in full force and effect, including the deadline for the completion of expert discovery. As for the parties' request for an extension of time to complete depositions, the Court declines to act on that request and notes that Paragraph 7(g) of the case management plan and scheduling order permits the extension of certain discovery deadlines by written consent of the parties, without application to the Court.

SO ORDERED.

Dated: September 25, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge