USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
:
PHILADELPHIA INDEMNITY INSURANCE :
COMPANY, :
: 1:23-cv-4101-GHW
Plaintiff, :
: ORDER
-v - :
:
SOUTH BRONX OVERALL ECONOMIC :
DEVELOPMENT CORPORATION *d/b/a* :
SOBRO, *et al.*, :
:
Defendants. :
:
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the conference held on December 19, 2024, the plaintiff's request for an extension of time to complete fact discovery is denied. Additionally, the deadline for the filing of any pre-motion conference letter in advance of any anticipated motion for summary judgment is extended to March 28, 2025.

SO ORDERED.

Dated: December 19, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge