```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
PHILADELPHIA INDEMNITY INSURANCE                               :
COMPANY,                                                       :
                                                               :      1:23-cv-4101-GHW
                                        Plaintiff,             :
                                                               :           ORDER
                          -v -                                 :
                                                               :
SOUTH BRONX OVERALL ECONOMIC                                   :
DEVELOPMENT CORPORATION d/b/a                                  :
SOBRO, et al.,                                                 :
                                                               :
                                        Defendants.            :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On April 21, 2025, after briefing from the parties, the Court stayed this action pending a decision from the New York State Appellate Division, First Department in the underlying, state-court proceeding that gave rise to this declaratory judgement action.  Dkt. No 73.  On May 21, 2025, the parties notified the Court that the First Department issued a decision.  Dkt. No. 74.  The parties are directed to file a joint letter by July 28, 2025 with a status update and advising the Court of their proposed next steps in this litigation.

SO ORDERED.

Dated: July 14, 2025
       New York, New York
                                               _____
                                                        GREGORY H. WOODS
                                                     United States District Judge